UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LARRY G. KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 3:08-cv-00111-RLY-WGH |
| | ) |
| SAXON MORTGAGE SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ENTRY FOR JANUARY 5, 2010

## RICHARD L. YOUNG, JUDGE

The Magistrate Judge reports that this case has been resolved at a conference held this date. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are **VACATED**.[1]

**IT IS ORDERED** that within forty-five (45) days of this date, counsel for the plaintiff(s) shall file a motion to dismiss this cause or a stipulation of dismissal and submit an order for the court's signature ordering the dismissal of this action (in conformance with the agreement of the parties).  Failure to comply with this order will result in dismissal with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute this action in a timely manner.  Additional time to complete the execution of the settlement document(s) may be granted if requested in writing prior to the expiration of this period of time.

Copies:

Scott B. Cockrum
HINSHAW & CULBERTSON
scockrum@hinshawlaw.com

Robert R. Faulkner
rrfaulk@evansville.net

Brian L. Goins
bgoins@gmail.com

Leslie C. Shively
SHIVELY & ASSOCIATES
shively@sigecom.net

---

1The parties are notified that any exhibits, depositions, diagrams, or other evidentiary documents previously filed with the court are now released to the parties who filed the same.  If such items are not retrieved by the parties from the clerk within thirty (30) days from the dismissal of this cause, the items will be disposed of pursuant to the local rules of this court.  S.D. Ind. L.R. 79.1.